SERENA ELIZABETH ALBRITTON, CLAIMANT, *Plaintiff in Error*, v. KING LUMBER & MANUFACTURING COMPANY, *Defendant in Error.*

Decision Filed May 1, 1924.

This case was decided by Division B.

A Writ of Error to the Circuit Court for Hardee County; George W. Whitehurst, Judge.

*W. D. Bell,* for Plaintiff in Error;

*Treadwell & Treadwell,* for Defendant in Error.

PER CURIAM.—In an action of ejectment brought against W. J. Albritton a judgment for the plaintiff, King Lumber & Manufacturing Company, was rendered and an execution predicated upon such judgment was issued against Serena Elizabeth Albritton, which execution being unauthorized to be issued in the cause, should have been quashed.

Reversed.

WHITFIELD, P. J., AND WEST AND TERRELL, J. J., concur.